# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157434

CHARLES N. FOLEY,
　　　　　Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
　　　　　Defendant.

SC: 157434
AGC: 17-1982

_____/

On order of the Chief Justice, plaintiff-appellant having failed to pay the filing fee as required by the March 23, 2018 letter from the Clerk's Office, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 20, 2018



Clerk

izm